# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2806
_____

STEVEN T. RECK,

    Appellant,

    v.

SIGNS UNLIMITED I, LLC, a
Florida Limited Liability
Company, MANU SAMATAMI,
partner for Sakhsams
Investment, and CITY OF
PANAMA CITY BEACH,

    Appellees.

_____

On appeal from the Circuit Court for Bay County.
James B. Fensom, Judge.

October 23, 2019

PER CURIAM.

    AFFIRMED.

LEWIS, B.L. THOMAS, and ROBERTS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Douglas B. Dykes of Syfrett, Dykes & Furr, Panama City; Brian J. Lee of Schuler & Lee, P.A., Jacksonville, for Appellant.

Gwendolyn P. Adkins of Coppins Monroe Adkins Dincman, Tallahassee; Nicholas D. Freeman and Daniel Owen McLeod of Wilson Elser Moskowitz Edelman & Dicker, LLP, Orlando; Douglas F. Miller of Kubicki Draper P.A., Pensacola, for Appellees.